Harold JOHNSON, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 20379.

United States Court of Appeals
Fifth Circuit.

Nov. 21, 1963.

Harold Johnson, Atlanta, Ga., for appellant.

Edgar L. Jenkins, Asst. U. S. Atty., Atlanta, Ga., Charles L. Goodson, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and JOHNSON, District Judge.

PER CURIAM.

The judgment of the trial court is affirmed. Cawley v. United States, 5th Cir., 251 F.2d 461.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

MIAMI COCA–COLA BOTTLING COM-
PANY, Respondent.

No. 20288.

United States Court of Appeals
Fifth Circuit.

Nov. 19, 1963.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Paul J. Spielberg, Atty., Arnold Ordman, Gen. Counsel, Allison W. Brown, Jr., Atty., N. L. R. B., for petitioner.

O. R. T. Bowden, Hamilton & Bowden, Jacksonville, Fla., for respondent.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and JOHNSON, District Judge.

PER CURIAM.

We have carefully considered the record in this case, including the grave doubts cast upon the credibility of one of the principal witnesses for the General Counsel. We conclude that there is substantial evidence upon the record as a whole, in light of the corroborating testimony, to support the findings and conclusions of the Board.

The Board's Order will be enforced.

Charles A. ROPER, Jr., Appellant,

v.

R. P. BALKCOM, Jr., Warden, Georgia
State Prison, Reidsville, Georgia,
Appellee.

No. 20812.

United States Court of Appeals
Fifth Circuit.

Nov. 26, 1963.

Charles A. Roper, Jr., Reidsville, Ga., for appellant.

William L. Grayson, Asst. Atty. Gen., of Ga., Atlanta, Ga., for appellee.

Before RIVES, JONES and WISDOM, Circuit Judges.

PER CURIAM.

The district court denied the application of a state prisoner for a writ of habeas corpus on the ground that state remedies had not been exhausted. The determination of the district court was required by the established facts and its judgment is

Affirmed.